**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7648**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DARRELL L. PADGETT,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield. Elizabeth V. Hallanan, Senior District Judge. (CR-91-166)

———————————

Submitted: September 10, 1998     Decided: September 22, 1998

———————————

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Darrell L. Padgett, Appellant Pro Se. John Castle Parr, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his 18 U.S.C.A. § 3553(b) (West Supp. 1998) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Padgett, No. CR-91-166 (S.D.W. Va. Oct. 27, 1997). To the extent Appellant's motion should have been construed as a 28 U.S.C. § 2241 (1994) petition, Appellant is not entitled to credit for time served in state custody since his federal sentence was explicitly imposed to run consecutive to any state sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED